BENJAMIN B. WAGNER
United States Attorney
MEGAN A.S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF,<br><br>1717 BAKER STREET, UNIT A,<br>BAKERSFIELD, CALIFORNIA 93305. | CASE NO. 5:16-SW-0048 JLT<br><br>ORDER TO UNSEAL SEARCH WARRANT |
|---|---|

The search warrant was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed, and be made public record.

IT IS SO ORDERED.

Dated:   **October 17, 2016**             **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE

1